| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 19-32940 / MBK**

John J. Stillitano, Jr.

Petition Filed Date: 12/10/2019
341 Hearing Date: 01/16/2020
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/31/2019 | $271.00 | 64439750 | | | | | | |

**Total Receipts for the Period: $271.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $542.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | John J. Stillitano, Jr. | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | George E Veitengruber III | Attorney Fees | $2,750.00 | $0.00 | $2,750.00 |
| | | No Disbursements: No Check | | | |
| 1 | CAVALRY SPV I, LLC | Unsecured Creditors | $1,452.73 | $0.00 | $0.00 |
| | »»  JUDGMENT | | | | |
| 2 | SANDY ACOLIA | Support Arrears | $0.00 | $0.00 | $0.00 |
| 3 | STARK & STARK, PC | Unsecured Creditors | $7,936.85 | $0.00 | $0.00 |
| 4 | MIDLAND CREDIT  AS AGENT FOR | Unsecured Creditors | $1,954.23 | $0.00 | $0.00 |
| | »»  JUDGMENT | | | | |
| 5 | Verizon by American InfoSource as Agent | Unsecured Creditors | $653.76 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-32940 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $542.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $271.00 |
| Paid to Trustee: | $39.02 | Arrearages: | $0.00 |
| Funds on Hand: | $502.98 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**