Order Filed on September 11, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph G. Devine Jr., Esq. (ID #031072011)
SCHILLER, KNAPP, LEFKOWITZ &
HERTZEL, LLP
A LLP Formed in the State of New York
30 Montgomery Street
Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Attorneys for Creditor, TD Auto Finance LLC

In Re:

    JOHN J. STILLITANO, JR.,

           Debtor.

Case No.: 19-32940-MBK

Hearing Date: September 9, 2020

Judge.: Michael B. Kaplan

Chapter: 13

**CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: September 11, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

| | |
|---|---|
| DISTRICT OF NEW JERSEY<br>UNITED STATES BANKRUPTCY COURT<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Joseph G. Devine Jr., Esq. (ID #031072011)<br>SCHILLER, KNAPP, LEFKOWITZ &<br>HERTZEL, LLP<br>A LLP Formed in the State of New York<br>30 Montgomery Street<br>Suite 1205<br>Jersey City, New Jersey 07302<br>(518) 786-9069<br>Attorneys for Creditor, TD Auto Finance LLC | |
| In Re:<br><br>JOHN J. STILLITANO, JR.,<br><br><br>Debtor. | Case No.: 19-32940-MBK<br><br>Judge.: Michael B. Kaplan<br><br>Chapter: 13 |

**CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY**

      WHEREAS, TD Auto Finance LLC (hereinafter "creditor") moved for an Order, pursuant to 11 U.S.C. Section 362(d)(1), authorizing relief from automatic stay, herein; and

      WHEREAS, the parties have agreed to resolve the instant dispute by this Consent Order;

      NOW THEREFORE, the creditor and debtor hereby agree as follows:

      1.    That the debtor will make payment to creditor in the amount of $681.09 on or before September 21, 2020 and payment in the amount of $681.09 on or before October 21, 2020.

      2.    That the debtor shall continue to make the regular monthly payments pursuant to

the terms of the Retail Installment Contract in a timely fashion commencing with the payment due on or before November 21, 2020.

3. In the event debtor fails to make any payment called for in this Consent Order thirty (30) days of the due date, creditor may submit a certification of default and a proposed Order for Relief from Automatic Stay to the Court and serve a copy of such certification of default upon the debtors and counsel for debtors. Fourteen (14) days after receipt of a certification of default, the Court will enter an Order granting the creditor relief from the automatic stay unless the debtor has filed an objection to the certification of default specifying reasons for the objection; in which case the Court will set a hearing on the objection.

4. That this order shall survive any conversion of this bankruptcy case.

5. The debtor shall reimburse the creditor through the Chapter 13 Plan for its attorneys' fees in the amount of $350.00 and costs of $181.00 for bringing the motion for relief from the automatic stay, and late fees owed to creditor in the amount of $408.60.

| | |
|---|---|
| /s/ Joseph G. Devine, Jr. | /s James Milano |
| Joseph G. Devine, Jr., Esq. | James Milano, Esq. |
| Attorney for Creditor | Attorney for Debtor |
| Schiller, Knapp, Lefkowitz & Hertzel, LLP | Veitengruber Law LLC |
| 30 Montgomery St, Suite 1205 | 1720 Highway 34, Suite 10 |
| Jersey City, New Jersey 07302 | Wall, NJ 07727 |
| | |
| Dated: September 2, 2020 | Dated: September 1, 2020 |

United States Bankruptcy Court
District of New Jersey

In re:  
John J. Stillitano, Jr.  
    Debtor

Case No. 19-32940-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Sep 11, 2020  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2020.  
db          +John J. Stillitano, Jr.,    111 S. Captains Drive,    Little Egg Harbor, NJ 08087-1507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2020 at the address(es) listed below:

         Albert Russo    docs@russotrustee.com  
         Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
         George E Veitengruber, III    on behalf of Debtor John J. Stillitano, Jr.  
         bankruptcy@veitengruberlaw.com, knapolitano15@gmail.com  
         Janelly Landa    on behalf of Creditor    TD Auto Finance LLC jlanda@schillerknapp.com,  
         kcollins@schillerknapp.com;lgadomski@schillerknapp.com  
         Joseph Gunnar Devine, Jr    on behalf of Creditor    TD Auto Finance LLC jdevine@schillerknapp.com,  
         kcollins@schillerknapp.com;lgadomski@schillerknapp.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                         TOTAL: 6