| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
**Chapter 13 Case No. 19-32940 / MBK**

John J. Stillitano, Jr.

Petition Filed Date: 12/10/2019
341 Hearing Date: 01/16/2020
Confirmation Date: 02/18/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/05/2020 | $271.00 | 65309910 | 03/02/2020 | $271.00 | 66013080 | 03/31/2020 | $271.00 | 66752150 |
| 05/01/2020 | $271.00 | 67555740 | 06/01/2020 | $271.00 | 68270300 | 07/02/2020 | $271.00 | 69091370 |
| 08/03/2020 | $271.00 | 69817380 | 09/04/2020 | $271.00 | 70649160 | 10/02/2020 | $271.00 | 71329700 |
| 10/30/2020 | $271.00 | 71934990 | 11/30/2020 | $271.00 | 72601120 | 01/04/2021 | $271.00 | 73480460 |
| 01/25/2021 | $271.00 | 73992020 | 02/25/2021 | $271.00 | 74770820 | | | |

**Total Receipts for the Period:  $3,794.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $4,065.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | John J. Stillitano, Jr. | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | George E Veitengruber III<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,750.00 | $2,750.00 | $0.00 |
| 1 | CAVALRY SPV I, LLC<br>»»  CITIBANK JUDGMENT | Unsecured Creditors | $1,452.73 | $0.00 | $1,452.73 |
| 2 | SANDY ACOLIA | Support Arrears | $0.00 | $0.00 | $0.00 |
| 3 | STARK & STARK, PC | Unsecured Creditors | $7,936.85 | $0.00 | $7,936.85 |
| 4 | MIDLAND CREDIT  AS AGENT FOR<br>»»  CAPITAL ONE JUDGMENT DC-001599-19 | Unsecured Creditors | $1,954.23 | $0.00 | $1,954.23 |
| 5 | Verizon by American InfoSource as Agent | Unsecured Creditors | $653.76 | $0.00 | $653.76 |
| 6 | TD AUTO FINANCE LLC<br>»»  2015 GMC TERRAIN/ORDER 9/11/2020 | Debt Secured by Vehicle | $408.60 | $0.00 | $408.60 |
| 7 | MIDFIRST BANK<br>»»  P/111 S CAPTAINS DR/1ST MTG | Mortgage Arrears<br>No Disbursements: Pending Loan Mod. | $52,719.49 | $0.00 | $52,719.49 |
| 8 | TD AUTO FINANCE LLC<br>»»  2015 GMC TERRAIN/ATTY FEES 9/11/20 | Debt Secured by Vehicle | $531.00 | $231.28 | $299.72 |

**Chapter 13 Case No. 19-32940 / MBK**

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,065.00 | Plan Balance: | $12,785.00 ** |
| Paid to Claims: | $2,981.28 | Current Monthly Payment: | $271.00 |
| Paid to Trustee: | $320.31 | Arrearages: | ($271.00) |
| Funds on Hand: | $763.41 | Total Plan Base: | $16,850.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at <u>www.ndc.org</u>.**

**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.