| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 19-32940 / MBK**

John J. Stillitano, Jr.

Petition Filed Date: 12/10/2019
341 Hearing Date: 01/16/2020
Confirmation Date: 02/18/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2021 | $271.00 | 73480460 | 01/25/2021 | $271.00 | 73992020 | 02/25/2021 | $271.00 | 74770820 |
| 03/29/2021 | $271.00 | 75566390 | 04/01/2021 | $271.00 | 75661530 | 04/01/2021 | ($271.00) | 75566390 |
| 05/10/2021 | $271.00 | | 06/09/2021 | $271.00 | | 07/12/2021 | $271.00 | |
| 08/09/2021 | $271.00 | | 09/08/2021 | $271.00 | | 10/13/2021 | $271.00 | |
| 11/05/2021 | $271.00 | | 12/10/2021 | $271.00 | | | | |

**Total Receipts for the Period:  $3,252.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $6,504.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | John J. Stillitano, Jr. | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | George E Veitengruber III<br>»» ATTY DISCLOSURE | Attorney Fees | $2,750.00 | $2,750.00 | $0.00 |
| 1 | CAVALRY SPV I, LLC<br>»» CITIBANK JUDGMENT | Unsecured Creditors | $1,452.73 | $219.04 | $1,233.69 |
| 2 | SANDY ACOLIA | Support Arrears | $0.00 | $0.00 | $0.00 |
| 3 | STARK & STARK, PC | Unsecured Creditors | $7,936.85 | $1,196.73 | $6,740.12 |
| 4 | MIDLAND CREDIT  AS AGENT FOR<br>»» CAPITAL ONE JUDGMENT DC-001599-19 | Unsecured Creditors | $1,954.23 | $294.66 | $1,659.57 |
| 5 | Verizon by American InfoSource as Agent | Unsecured Creditors | $653.76 | $98.58 | $555.18 |
| 6 | TD AUTO FINANCE LLC<br>»» 2015 GMC TERRAIN/ORDER 9/11/2020 | Debt Secured by Vehicle | $408.60 | $408.60 | $0.00 |
| 7 | MIDFIRST BANK<br>»» P/111 S CAPTAINS DR/1ST MTG/LOAN MOD ORD 6/29/21 | Mortgage Arrears | $6,060.81 | $496.48 | $5,564.33 |
| 8 | TD AUTO FINANCE LLC<br>»» 2015 GMC TERRAIN/ATTY FEES 9/11/20 | Debt Secured by Vehicle | $531.00 | $531.00 | $0.00 |

**Chapter 13 Case No. 19-32940 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,504.00 | Plan Balance: | $10,346.00 ** |
| Paid to Claims: | $5,995.09 | Current Monthly Payment: | $271.00 |
| Paid to Trustee: | $508.91 | Arrearages: | $542.00 |
| Funds on Hand: | $0.00 | Total Plan Base: | $16,850.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.