# EXHIBIT A

# Payment details

**MIDFIRST BANK LOANS**

XXXX6070

| | |
|---|---|
| From | EVERYDAY CHECKING ...2359 |
| Amount | $1,770.00 |
| Sent | 2/02/23 |
| Delivery | 2/09/23 at 12:00 am PT |
| Category | Mortgage / Rent |
| Confirmation | M9XKDTGY |
| Status | Check Mailed |

[ Close ]

# Payment confirmation

 You have successfully scheduled the following payment.

**MIDFIRST BANK LOANS**

XXXX6070

| | |
|---|---|
| From | EVERYDAY CHECKING ...2359 |
| Amount | $1,770.00 |
| Send on | 02/15/23 |
| Deliver by | 02/23/23<br>5 business days |
| Memo (Optional) | Morgage payment that was sent ba |
| Category | Mortgage / Rent |
| Confirmation | H9LK5TCS |

✕     🔔 2     🔒 Sign off



You have successfully scheduled the following payment.

### MIDFIRST BANK LOANS
XXXX6070

| | |
|---|---|
| From | EVERYDAY CHECKING …2359 |
| Amount | **$1,770.00** |
| Send on | 02/16/23 |
| Deliver by | 02/24/23<br>5 business days |
| Category | Mortgage / Rent |
| Confirmation | 39CK3TFB |
| Status | **Pending** |

[Important information below](#)

| | ○ | ◁ |