UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

John J. Stillitano Jr.,

Debtor.

Case No.:   19-32940-MBK

Chapter:   13

Hearing Date:   03/22/2023

Judge:   Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled    ☐ Withdrawn

Matter: Motion for Relief from Stay re: 111 South Captains Drive (Docket # 40)

_____

Date: 3/21/2023

/s/ Denise Carlon
Signature

*rev.8/1/15*