| UNITED STATES BANKRUPTCY COURT |
| --- |
| District of New Jersey |
| |
| George E Veitengruber III |
| 1720 Highway 34 |
| Suite 10 |
| Wall, NJ  07727 |
| Attorney for Debtor(s) |

In re:

John J. Stillitano, Jr.

Debtor(s)

Order Filed on November 30, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 19-32940 / MBK

Judge: Honorable Michael B. Kaplan

Chapter 13

## ORDER TO RE-CAPITALIZE
## DEBTOR(S) PLAN PAYMENT TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: November 30, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

THIS MATTER having been brought before the Court on an application by the attorney for the debtor(s) seeking entry of an order to re-capitalize the debtor(s) plan payments to the trustee, and this Order having been submitted pursuant to D.N.J. LBR 9072-1(d) (7 Day Rule), and no objection being received thereon, and the Court having considered the application, and for good cause shown:

**IT IS HEREBY ORDERED** that:

1. The debtor(s) payments to the trustee be adjusted as follows:

    - $12,466.00 paid to date (46 month[s])
    - $332.00 for 14 month[s] beginning 11/1/23

2. All other provisions of the most recently entered Order Confirming Plan or Order Confirming Modifed Plan shall remain in full force and effect.

3. If the debtor(s) fail(s) to make regular plan payments to the trustee for a period of more than thirty (30) consecutive days, upon certification of the trustee of such non-payment, with the Notice of the Certification to the debtor(s) and the debtor(s) attorney, if any, the within case may be dismissed.