FILED
JEANNE A. NAUGHTON, CLERK
DEC 2 3 2024
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br>John Stilitano | Case No.: 19-32940<br><br>Chapter: 13<br><br>Judge: MBK |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____John Stilitano_____, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 12/19/24

_____
Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*

Veitengruber Law
E. Veitengruber, III, Esq.
Hwy. 34, Suite 10, Wall, NJ 07727

stone of Financial Justice

08608-150799

TRENTON NJ 085
20 DEC 2024 PM 4 L

$0.69
US POSTAGE
FIRST-CLASS
FROM 07727
12/19/2024
Stamps

Clarkson S. Fisher U.S. Courthouse
402 East State St.
Trenton, NJ 08608