| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | John J. Stillitano Jr.<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–9649<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–32940–MBK | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  John J. Stillitano Jr.

<u>5/21/25</u>

**By the court:** <u>Michael B. Kaplan</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
John J. Stillitano, Jr.  
    Debtor

Case No. 19-32940-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: May 21, 2025      Form ID: 3180W      Total Noticed: 24

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John J. Stillitano, Jr., 111 S. Captains Drive, Little Egg Harbor, NJ 08087-1507 |
| lm | + | Midland Mortgage, 4425 Ponce De Leon Boulevard, 5th Floor, Miami, FL 33146-1837 |
| 518610855 | + | Home Depot, 1300-1320 Corporate Drive, Westbury, NY 11590-6625 |
| 518610857 | + | KML Law Group, Sentry Office Plaza, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 518610861 | + | Ocean County Sheriff's Office, 120 Hooper Avenue, P.O. Box 2191, Toms River, NJ 08754-2191 |
| 518610862 | | Schachter Portnoy LLC, 3490 US Route 1, Princeton, NJ 08540 |
| 518610863 | + | Stark & Stark, 993 Lennox Drive, Lawrence Township, NJ 08648-2389 |
| 518711060 | + | TD Auto Finance LLC, c/o Schiller Knapp Lefkowitz, & Hertzel LLP, 950 New Loudon Road, Latham New York 12110-2100 |
| 518712330 | + | TD Auto Finance LLC, 30 Montgomery Ste 1205, Jersey City NY 07302-3835 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 21 2025 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 21 2025 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518610852 | + | EDI: CAPITALONE.COM | May 22 2025 00:38:00 | Capital One, P.O. Box 30253, Salt Lake City, UT 84130-0253 |
| 518610853 | + | Email/Text: bankruptcy@cavps.com | May 21 2025 20:52:00 | Cavalry Portfolio Services, 500 Summit Lake Drive, Valhalla, NY 10595-2321 |
| 518653866 | + | Email/Text: bankruptcy@cavps.com | May 21 2025 20:52:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518610854 | + | EDI: CITICORP | May 22 2025 00:38:00 | Citi Bank, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 518610856 | + | EDI: IRS.COM | May 22 2025 00:38:00 | Internal Revenue Service, P.O Box 7346, Philadelphia, PA 19101-7346 |
| 518696402 | + | Email/Text: bankruptcydpt@mcmcg.com | May 21 2025 20:52:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 518718755 | + | EDI: AISMIDFIRST | May 22 2025 00:38:00 | MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518610858 | + | Email/Text: bankruptcydpt@mcmcg.com | May 21 2025 20:52:00 | Midland Funding LLC, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 518610859 | + | EDI: AISMIDFIRST | May 22 2025 00:38:00 | Midland Mortgage, P.O. Box 26648, Oklahoma City, OK 73126-0648 |
| 518610860 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | May 21 2025 20:50:00 | N.J. Division of Taxation, Bankruptcy Section, P.O. Box 245, Trenton, NJ 08695 |
| 518610864 | + | EDI: LCITDAUTO | May 22 2025 00:38:00 | TD Auto Finance, P.O. Box 16039, Lewiston, ME |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 21, 2025 | Form ID: 3180W | Total Noticed: 24 |

| | | | | 04243-9520 |
|---|---|---|---|---|
| 518610865 | Email/Text: tidewaterlegalebn@twcs.com | | May 21 2025 20:51:00 | Tidewater Finance Company, 6520 Indian River Road, Virginia Beach, VA 23464 |
| 518702733 | + EDI: AIS.COM | | May 22 2025 00:38:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | KML Law Group, Sentry Office Plaza, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 520644084 | *+ | John J. Stillitano, Jr., 111 S. Captains Drive, Little Egg Harbor, NJ 08087-1507 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2025            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| George E Veitengruber, III | on behalf of Debtor John J. Stillitano Jr. bankruptcy@veitengruberlaw.com, knapolitano15@gmail.com |
| Janelly Landa | on behalf of Creditor TD Auto Finance LLC jlanda@schillerknapp.com kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| Joseph Gunnar Devine, Jr | on behalf of Creditor TD Auto Finance LLC jdevine@gottliebandgreenspan.com ecf@tmppllc.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7